```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. THOMAS T. ANDERSON        CASE NO. 3:06-cr-00099-JWS
Defendant:  X Present  X On Bond

BEFORE THE HONORABLE:            JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES' ATTORNEY:         JOSEPH BOTTINI AND NICHOLAS MARSH

DEFENDANT'S ATTORNEY:            PAUL STOCKLER

U.S.P.O.:                        MARCI LUNDGREN - TELEPHONIC

PROCEEDINGS: IMPOSITION OF SENTENCE HELD OCTOBER 15, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:04 a.m. court convened.

 X Notice of Appeal form given to defendant.

 X Court stated findings/reasons pursuant to sentencing
   guidelines.

 X Imprisonment for a period of  60 months. This term consists of
   60 months on each of counts 1-7 of the First Superseding
   Indictment, all such terms to run concurrently.

 X Defendant placed on supervised release for a period of  2
   years under the usual terms and conditions with special
   conditions of supervised release as stated in the judgment.
   This term consists of 2 years on each of counts 1-7 of the
   First Superseding Indictment, all such terms to run
   concurrently.

 X Special Assessment $ 700.00 , due immediately.

 X Defendant shall remain on bond and report to the U.S. Marshal
   upon notification by the U.S. Probation Officer.

 X Bond exonerated upon surrender to U.S. Marshal.


                        CONTINUED ON PAGE 2

DATE:      October 15, 2007        DEPUTY CLERK'S INITIALS:   amk

Revised 6/18/07

```
                   CONTINUATION - PAGE 2
                 U.S.A. vs. THOMAS T. ANDERSON
                      3:06-cr-00099-JWS
                    IMPOSITION OF SENTENCE
                       October 15, 2007
------------------------------------------------------------------
```

_X_ Court advised defendant of appeal rights.

_X_ Payment coupon given to defendant.

_X_ OTHER: Court and counsel heard re objections to presentence report; court ruled on objections. Court and counsel heard re upward and downward adjustments.  Court and counsel heard re defendant's oral motion to seal the proceeding; **DENIED**. Jeffery Feldman sworn and testified on behalf of the defendant; plaintiff's exhibit 1 **ADMITTED**. Craig S. Howard sworn and testified on behalf of the plaintiff. Court recommended that the defendant serve his time at the Facility located in Sheridan, Oregon. List of Witnesses and List of Exhibits filed separately. Admitted exhibit retained by counsel.

At 12:06 p.m. court adjourned.

DATE:      October 15, 2007      DEPUTY CLERK'S INITIALS:   amk

Revised 6/18/07